UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARY CASEY, *as Administrator of the Estate of Phillip Casey, Deceased*,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MARJORIE GUTHRIE, M.D., SOUTHERN ILLINOIS HEALTH CARE FOUNDATION, INC., *doing business as Belleville Family Health Center*, JULIE WITTNENAUER, M.D., ASHLEY MALCOLM, M.D., DAVID DORSEY, M.D., ST. ELIZABETH'S HOSPITAL OF THE HOSPITAL SISTERS OF ST. FRANCIS, *an Illinois Corporation*, ROOP LAL, M.D., HEIDI DUFF, P.A., and CARDIOLOGY CONSULTANTS, LTD.,<br><br>　　　　　Defendants. | Case No. 09-cv-951-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiff Mary Casey's Objection (Doc. 22). Specifically, Casey objects to the Notice of Removal (Doc. 2) filed by Marjorie Guthrie, M.D. and Southern Illinois Health Care Foundation, Inc. ("Southern Illinois").  The Court **CONSTRUES** Casey's objection as a motion for remand under 28 U.S.C. § 1447(c).  *See, e.g., Fate v. Buckeye State Mut. Ins. Co.*, 174 F. Supp. 2d 876, 877 (N.D. Ind. 2001); *Estate of Coggins v. Wagner Hopkins, Inc.*, 174 F. Supp. 2d 883, 885 (W.D. Wis. 2001).  Accordingly, Guthrie and Southern Illinois have up to and including December 28, 2009, to file their response.  Casey's reply, if any, shall be filed no later than January 8, 2009.

**IT IS SO ORDERED.**
**DATED: November 24, 2009**

　　　　　　　　　　　　　　　　　　　　　　　　　　　s/ J. Phil Gilbert
　　　　　　　　　　　　　　　　　　　　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**DISTRICT JUDGE**